DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Eckard v. Smith<br><br>Case below:<br>166 N.C. App. 312 | No. 573A04 | Plt's (Eunice C. Eckard) NOA (Dissent)<br>(COA02-1379)<br><br>1. Plt's (Eunice C. Eckard) PDR as to<br>Additional Issues | 1. Denied<br>(03/03/05) |
| Eddings v.<br>Southern<br>Orthopaedic &<br>Musculoskeletal<br>Assocs., P. A.<br><br>Case below:<br>167 N.C. App. 469 | No. 059P05 | 1. Plt's NOA Based Upon a Constitutional<br>Question (COA03-1298)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>ex mero motu<br>(03/03/05)<br><br>2. Denied<br>(03/03/05) |
| In re Adoption of<br>Anderson<br><br>Case below:<br>165 N.C. App. 413 | No. 448PA04 | 1. Petitioners' (unidentified adoptive<br>parents) PDR Under N.C.G.S. § 7A-31<br>(COA03-651)<br><br>2. Respondent's (Father) Conditional PDR | 1. Allowed<br>(03/03/05)<br><br>2. Allowed<br>(03/03/05) |
| In re F.M.L.W. &<br>F.J.S.<br><br>Case below:<br>167 N.C. App. 370 | No. 066P05 | Respondent's (Michelle Smith) PWC to<br>Review the Decision of the COA<br>(COA04-18) | Denied<br>(03/03/05) |
| In re M.A.L.<br><br>Case below:<br>167 N.C. App. 806 | No. 074P05 | 1. Respondent's (R.L.) PDR Under<br>N.C.G.S. § 7A-31 (COA04-614)<br><br>2. Respondent's (S.L.) PDR Under<br>N.C.G.S. § 7A-31 | 1. Denied<br>(03/03/05)<br><br>2. Denied<br>(03/03/05) |
| In re M.R.D.C.<br><br>Case below:<br>166 N.C. App. 693 | No. 607P04 | Petitioner's (Wilkes County Department<br>of Social Services) PDR Under N.C.G.S.<br>§ 7A-31 (COA04-2) | Denied<br>(03/03/05) |
| In re R.H.<br><br>Case below:<br>167 N.C. App. 654 | No. 055P05 | Respondent's (A.B.) PDR Under N.C.G.S.<br>§ 7A-31 (COA04-486) | Denied<br>(03/03/05) |
| Jones v. Davis<br><br>Case below:<br>163 N.C. App. 628 | No. 232A04 | Defs' (Mr & Mrs. Davis and Mr. & Mrs.<br>Allred) Motion to Dismiss Appeal<br>(COA03-594) | Dismissed as<br>moot<br>**03/03/05** |
| LaValley v. LaValley<br><br>Case below:<br>167 N.C. App. 806 | No. 043P05 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA04-227) | Denied<br>(03/03/05) |